IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESTCODE, INC.** : | |
| : | |
| Plaintiff, : | |
| : | No. 03-4301 |
| v. : | |
| : | |
| **DIGITRONICS INVENTIONEERING CORP.** : | |
| : | |
| Defendant. : | |

**PLAINTIFF, WESTCODE, INC.'S MOTION
TO VACATE OR MODIFY THE ARBITRATION AWARD**

**AND NOW**, comes the Plaintiff, Westcode, Inc. for the reasons set forth more fully in the accompanying memorandum of law and statement of undisputed facts, which are incorporated herein by reference, to respectfully request the entry of an order vacating and/or modifying the July 15, 2003 arbitration Award.

Respectfully submitted,

**PHILLIPS & CAMPBELL, P.C.**

_____
Patrick C. Campbell, Jr.
ID No. 53350
One Belmont Avenue, Ste. 518
Bala Cynwyd, PA 19004
610/668-4970
Attorneys for Plaintiff

**Dated**:   September 5, 2003