# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESTCODE, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 03-4301** |
| | : | |
| **DIGITRONICS INVENTIONEERING CORP.** | : | |

## ORDER

**AND NOW**, this 9th day of January, 2004, upon consideration of Plaintiff, Westcode, Inc.'s Motion to Vacate or Modify the Arbitration Award (Docket No. 3), Defendant's Cross-Motion to Dismiss the Complaint (Docket No. 5), Plaintiff, Westcode, Inc.'s Memorandum of Law in Response to the Defendant, Digitronics Inventioneering Corp.'s Cross Motion to Dismiss the Complaint and In Support of Its Reply to Defendant, Digitronics Inventioneering Corp.'s Response to Its Motion to Vacate or Modify the Arbitration Award (Docket No. 11), and Plaintiff, Westcode, Inc.'s Motion to Supplement the Record (Document No. 12), and in light of this Court's Order of January 9, 2004, dismissing this action, it is **ORDERED** as follows:

    1.    The motion to supplement the record (Docket No. 12) is **GRANTED**.

    2.    The motion to vacate the award (Docket Nos. 3 and 11) is **DENIED AS MOOT**.

    3.    The cross-motion to dismiss (Docket No. 5) is **DENIED AS MOOT**.

 

_____
TIMOTHY J. SAVAGE,  J.